UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANCIS EUGENE REED                                     CIVIL ACTION

VERSUS                                                    NO. 13-543

BURL CAIN, WARDEN                                      SECTION "B"(4)

## JUDGMENT

The Court previously adopted the Magistrate's Report and Recommendation (Rec. Doc. No. 17), dismissing with prejudice Reed's petition for habeas corpus relief. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in **favor** of Defendant, N. Burl Cain, and **against** Petitioner, Francis Eugene Reed, **DISMISSING** with prejudice his petition for habeas corpus relief.

New Orleans, Louisiana, this 3rd day of March 2015.

_____
UNITED STATES DISTRICT JUDGE